PARLIN & ORENDORFF COMPANY, Respondent, vs. ANGELL and
another, Appellants.

*March 25 — April 12, 1898.*

*Appeal: Verdict supported by evidence.*

The ruling of the trial court in refusing to set aside a verdict as not
being warranted by the evidence cannot be disturbed on appeal if
there is any credible evidence to support it.

APPEAL from a judgment of the circuit court for Winne-
bago county: GEO. W. BURNELL, Circuit Judge. *Affirmed.*

Action to recover on four causes of action, one only being
contested, which was on an account stated, for $887. The
sole issue tried was whether the account was stated and set-
tled between the parties as alleged. The verdict was for
the plaintiff. There was a motion to set the verdict aside
and for a new trial, which was denied, and the ruling duly
excepted to. The judgment was rendered in plaintiff's favor
and defendants appealed.

For the appellants there was a brief by *Freeman & Free-
man,* and oral argument by *James Freeman.*

For the respondent there was a brief by *Thompson, Har-
shaw & Thompson,* and oral argument by *J. C. Thompson.*

MARSHALL, J. The sole question presented is whether the
trial court erred in refusing to set aside the verdict of the
jury as not warranted by the evidence. The rule that
the determination of the trial court on such a question can-
not be disturbed on appeal, if there is any credible evidence
to support the finding of the jury, is too familiar to justify
a discussion of it at this time. Testing the verdict by the
record, in the light of such rule, we are unable to discover
any warrant for a reversal of the judgment.

*By the Court.*— The judgment of the circuit court is af-
firmed.